**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

AARON RIVIERE,                                                                                    PLAINTIFF
ADC # 659442

v.                                         3:25CV00261-BSM-JTK

DOE                                                                                                    DEFENDANT

## ORDER

Aaron Riviere ("Plaintiff") is an inmate at the Sharp County, Arkansas, Detention Center.

He filed this pro se action under 42 U.S.C. § 1983 alleging violations of his federally protected

rights (Doc. No. 1) but did not submit the $405.00 filing fee or an in forma pauperis motion ("IFP

Motion").

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a

civil action in forma pauperis still must pay the full statutory filing fee of $350. 28 U.S.C.

§ 1915(b)(1).    The only question is whether a prisoner will pay the entire filing fee at the initiation

of the proceeding or in installments over a period of time. Ashley v. Dilworth, 147 F.3d 715, 716

(8th Cir. 1998).    Even if a prisoner is without assets and unable to pay an initial filing fee, he/she

will be allowed to proceed with his/her §1983 claims and the filing fee will be collected by the

Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4).    **If the**

**prisoner's case is subsequently dismissed for any reason, including a determination that it is**

**frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who**

**is immune from such relief, the full amount of the $350 filing fee will be collected and no**

**portion of this filing fee will be refunded to the prisoner.**

The PLRA requires Plaintiff to submit a proper and complete IFP Motion, along with a

calculation sheet prepared and signed by an authorized officer of the incarcerating facility, if he/she

wishes to pay the filing fee in installments.    Plaintiff must submit, within thirty (30) days from

entry of this Order, either: (1) the statutory filing fee of $405; or (2) a proper and complete IFP

Motion, **with the required calculation sheet signed by an authorized official of the facility at**

**which he/she is confined**.

IT IS THEREFORE ORDERED that:

1.      Plaintiff must submit either the $405 statutory filing fee or an <u>In Forma Pauperis</u>

Motion within thirty days of the entry date of this Order;[1]  and

2.      The Clerk is directed to send to Plaintiff an <u>In Forma Pauperis</u> Motion, together

with the filing fee calculation sheet.

Dated this 9th day of December, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states, in part: "If any communication from the Court to a <u>pro</u> <u>se</u> plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding <u>pro</u> <u>se</u> shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."