IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON RIVIERE** **PLAINTIFF**
**#659442**

v. CASE NO. 3:25-CV-00261-BSM

**DOE** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of January, 2026.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE